**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF VIRGINIA**
Alexandria Division

| | |
|---|---|
| In Re: | : |
| | : |
| JULIANA RIAHI | : Case No.: 13-11487 |
| | : Chapter 11 |
| | : |
| Debtor. | : |

**ORDER**

This matter came before the Court upon the Debtor's Motion for Stay under 11 U.S.C. § 362(c) (4) (B), opposition of First Tennessee Bank, N.A. and argument of counsel;

It appearing to the Court that the Stay should be imposed it is now therefore;

ORDERED the Stay is hereby GRANTED as to all creditors for a period of 90 days and this matter is continued until July 17, 2013 for further consideration by the Court at that time.

Apr 25 2013        /s/ Robert G. Mayer
                   _____
                   Robert G. Mayer
                   Judge, US Bankruptcy Court

                   Entered on Docket: April 26, 2013

I ASKED FOR THIS:

/s/ Linda D. Regenhardt
_____
Linda D. Regenhardt, V.S.B. # 27455
*lregenhardt@garylaw.us*
GaryRegenhardtGoldsteinWade PC
8500 Leesburg Pike, Suite 400
Vienna, Virginia 22182-2409
(703) 848-7827 | (703) 893-9276 (fax)
Counsel for Debtor

COPIES TO:

Linda D. Regenhardt, Esquire
*lregenhardt@garylaw.us*

United States Trustee
115 South Union St, Plaza Level
Suite 210 Alexandria, VA 22314

Michael T. Freemen, Esq.
1804 Staples Mill Road, Suite 200
Richmond, VA 23220
Counsel for First Tennessee Bank National Association

Keith Knee, Esq.
Glasser & Glasser
Crown Center, Suite 600
580 East Main Street
Norfolk, VA 23510
Counsel for Bank of New York

END OF ORDER