B26 (Official Form 26) (12/08)

# United States Bankruptcy Court
## Eastern District of Virginia

In re _Juliana Riahi,_       Case No. _13-11487_

       Debtor                   Chapter 11

## PERIODIC REPORT REGARDING VALUE, OPERATIONS AND PROFITABILITY OF ENTITIES IN WHICH THE ESTATE OF JULIANA RIAHI HOLDS A SUBSTANTIAL OR CONTROLLING INTEREST

This is the report as of _May 9, 2013_ on the value, operations and profitability of those entities in which the estate holds a substantial or controlling interest, as required by Bankruptcy Rule 2015.3. The estate of Juliana Riahi holds a substantial or controlling interest in the following entities:

| Name of Entity | Interest of the Estate | Tab # |
|---|---|---|
| Smarttech International LLC | 65% | |
| | | |
| | | |

This periodic report (the "Periodic Report") contains separate reports ("Entity Reports") on the value, operations, and profitability of each entity listed above.

Each Entity Report shall consist of three exhibits. Exhibit A contains a valuation estimate for the entity as of a date not more than two years prior to the date of this report. It also contains a description of the valuation method used. Exhibit B contains a balance sheet, a statement of income (loss), a statement of cash flows, and a statement of changes in shareholders' or partners' equity (deficit) for the period covered by the Entity Report, along with summarized footnotes. Exhibit C contains a description of the entity's business operations.

THIS REPORT MUST BE SIGNED BY A REPRESENTATIVE OF THE TRUSTEE OR DEBTOR IN POSSESSION.

The undersigned, having reviewed the above listing of entities in which the estate of Juliana Riahi holds a substantial or controlling interest, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that the listing is complete, accurate and truthful to the best of his/her knowledge.

B26 (Official Form 26) (12/08) – Cont.                                              2

Date: _____

_____

Signature of Authorized Individual

_____

Name of Authorized Individual

_____

Title of Authorized Individual


[If the Debtor is an individual or in a joint case]

Signature(s) of Debtor(s) (Individual/Joint)

_____

Signature of Debtor

_____

Signature of Joint Debtor

B26 (Official Form 26) (12/08) – Cont.                                           3

## Exhibit A
## Valuation Estimate for Smarttech
## International LLC

Debtor owns a 65% interest in Smarttech International LLC ("STT").  STT has no value.  It ceased
operations in September 2011.  It has not conducted any business since that time.

B26 (Official Form 26) (12/08) – Cont.                                                    4

## Exhibit B
### Financial Statements for Smarttech International LLC

STT is has not conducted any business since September 2011.  It does not have any financial statements for the period requested.

B26 (Official Form 26) (12/08) – Cont.                                      6

**Exhibit B-1**
**Balance Sheet for Smarttech**
**International LLC**
As of [date]

STT is has not conducted any business since September 2011.  It does not have balance sheets for the period requested.

B26 (Official Form 26) (12/08) – Cont.                                                     7

<u>**Exhibit B-2**</u>
<u>**Statement of Income (Loss) for Smarttech**</u>
<u>**International LLC**</u>
Period ending [date]


STT is has not conducted any business since September 2011.  It does not have any Income
Statements for the period requested.

B26 (Official Form 26) (12/08) – Cont.                                                    7

### Exhibit B-3
### <u>Statement of Cash Flows for Smarttech International LLC</u>
For the period ending [date]

STT has not operated since September 2011.

B26 (Official Form 26) (12/08) – Cont.                                          8

## Exhibit B-4
## Statement of Changes in Shareholders'/Partners' Equity (Deficit) for Smarttech International LLC
period ending [date]


There have been no changes to the Debtor's ownership interest during the relevant period.

B26 (Official Form 26) (12/08) – Cont.                                                          9

## Exhibit C
## Description of Operations for Smarttech International LLC

STT was a staffing company.  It does not conduct any business currently.