IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| In Re: | : |
| | : |
| **Juliana Riahi** | : Case No.: 13-11487 |
| | : Chapter 11 |
| | : |
| **Debtor.** | : |

## Motion to Dismiss or Convert this Case to a Chapter 7

Comes now the Debtor, Juliana Riahi, through counsel, Linda D. Regenhardt, and moves the Court to convert this case to a case under Chapter 7 pursuant to 11 U.S.C. 1112 and Rule 1019, and in support states as follows:

1. The Debtor filed this Chapter 11 when faced with a foreclosure on her residence.

2. Debtor's husband has filed a lien against that residence which may be avoidable as a fraud on the other creditors of the Debtor.

3. Debtor has significant issues which prohibit her from dealing with the requirements of a Chapter 11 proceeding and has determined that having a third party such as a Trustee appointed in a Chapter 7 proceeding handle these matters would be in the best interest of the Debtor and all creditors.

4. Debtor, though counsel has previously discussed dismissal of this proceeding with the U.S. Trustee's Office which indicated it would agree to such a dismissal if it were to be a dismissal with extreme prejudice. While Debtor is willing to dismiss, she is concerned about the effect extreme prejudice would have on her going forward and thus

seeks to convert the case to a Chapter 7 instead so that her assets may be administered as needed to satisfy all her legitimate debts.

      WHEREFORE, Debtor prays the Court will enter an order dismissing this case or alternatively converting the case to a Chapter 7 proceeding and also continue the pending Relief from Stay Matter files on behalf of First Tennessee Bank Asscoiation, in the event of conversion, until such time as a Trustee has had the opportunity to examine the lien attached to the residence by the Debtor's husband, and granting such further relief as the Court deems just.

                                                 /s/ Linda D. Regenhardt

## Certificate of Service

      I hereby certify that on this 17th day of July, 2013 a true and correct copy of the Affidavit filed April 02, 2013 was served, postage prepaid United States Mail upon:

Office of U.S. Trustee
115 South Union St, Plaza Level
Suite 210
Alexandria, VA 22314

American Express
PO Box 1270
Newark, NJ 07101-1270

Bank of America
4161 Piedmont Parkway
Greensboro, NC 27410-8110

Discover Financial Services, LLC
PO Box 15316
Wilmington, DE 19850

Emergency Medicine Associates
20010 Century Blvd
Suite 200
Germantown, MD 20874

Farmer's Insurance
4680 Wilshire Blvd
Los Angeles, CA 90010

HSBC Best Buy  
1405 Foulk Road  
Wilmington, DE 19808  

HSBC Saks Fifth Avenue  
PO Box 10327  
Jackson, MS 39289  

John Polishuk  
C/O Busman & Busman  
PO Box 7514  
Fairfax Station, VA 22039-7519  

Oak Harbor Capital VI, LLC  
C/O Weinstrin and Riley, PS  
2001 Western Avenue, Suite 400  
Seattle, WA 98127  

Silbley Memorial Hospital  
5255 Loughboro Road NW  
Washington, DC 20016-2695  
Verizon  
500 Technology Drive  
Saint Charles, MO 63304  

UMB Bank NA  
PO Box 419734  
Kansas City, MO 64141-6734  

Michael T. Freemen, Esq.  
1804 Staples Mill Road, Suite 200  
Richmond, VA 23220  

Blue Ridge School, Inc.  
C/O McGuire Woods  
James F. Neale  
Court Square Building  
310 Fourth Street, N.E.  
Suite 300  
Charlottesville, VA 22902-1288  

Keith Knee, Esq.  
Glasser & Glasser  
Crown Center, Suite 600  
580 East Main Street  
Norfolk, VA 23510  


/S/ Linda D. Regenhardt  
Linda D. Regenhardt, Esquire  
GaryRegenhardtGoldsteinWade PC  
8500 Leesburg Pike,  
Suite 400,  
Tyson's Corner, VA 22182-2409

4