UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

**In re:**

**JULIANA RIAHI**
**FKA JULIANA VLALUKIN**
**FKA JULIANA VLALUKIN RIAHI**
**FLA JULIANA KHALIFEH**

**CHAPTER 7**

    **Debtor.**

**CASE NO. 13-11487-RGM**

**FIRST TENNESSEE BANK NATIONAL ASSOCIATION SUCCESSOR THRU MERGER WITH FIRST HORIZON HOME LOAN CORPORATION,**

    **Plaintiff.**

**vs.**

**JULIANA RIAHI**
**DONALD F. KING, TRUSTEE,**

    **Defendants.**

## ORDER GRANTING RELIEF

Upon consideration of the Motion of the Plaintiff, First Tennessee Bank National Association successor thru merger with First Horizon Home Loan Corporation, to amend the automatic stay, the Debtor being granted a Discharge on October 31, 2013; the Trustee having endorsed this Order and agreeing to its entry and the Court finding grounds to grant the Motion, it is;

**ORDERED** that the automatic stay of 11 U.S.C., Section 362 be, and it is hereby, modified to allow the Plaintiff, its successors and assigns to enforce the lien of its Deed of Trust set out in its Motion pertaining to the property located at 1226 Potomac School Road, McLean, VA 22101, and described as follows:

> **All that certain lot or parcel of land situate in the County of Fairfax, Commonwealth of Virginia, and being more particularly described as follows:**

Kimberly B. Lane, Esquire
Counsel for Plaintiff
Samuel I. White, P.C.
1804 Staples Mill Road
Suite 200
Richmond, VA 23230
State Bar #78720
(804) 290-4290

> **LOT 53, SECTION 3, EVERMAY, as the same appears duly dedicated, platted and recorded in Deed Book 3319, at Page 279, among the land records Fairfax County, Virginia.**
>
> **AND BEING the same property as conveyed unto the Grantor by Deed dated 03/01/2001, and recorded on 03/07/2001, in Deed Book 11755, at Page 0374, among the aforementioned land records.**

Relief under this Order shall extend to the purchaser at any foreclosure sale to allow the purchaser to take such action under state law, as may be necessary, to obtain possession of the property.

DATED: Jan 31 2014

/s/ Robert G. Mayer
JUDGE

**NOTICE OF JUDGMENT OR ORDER**
**Entered on Docket**
January 31, 2014

I ask for this:

**/s/ KIMBERLY B. LANE**

Samuel I. White, P. C.
Kimberly B. Lane, Esquire, VSBN 78720
Counsel for First Tennessee Bank National Association successor thru merger with First Horizon Home Loan Corporation
1804 Staples Mill Road, Suite 200
Richmond, VA 23230

Seen and Agreed:
**/s/JIM REYNOLDS**

Jim Reynolds, Esquire, VSBN 33226
Counsel for Donald F. King, Chapter 7 Trustee
1775 Wiehle Avenue, Ste 400
Reston, VA 20190

CERTIFICATE

I hereby certify that this proposed Order is substantially in compliance with Standing Order Number 10-2 and that it has been endorsed by all necessary parties involved in this proceeding.

/01-011640-12

**/s/ KIMBERLY B. LANE**

Samuel I. White, P. C.

The Clerk shall mail a copy of the entered Order to the following:

Donald King
Chapter 7 Trustee
1775 Wiehle Avenue, Ste 400
Reston, VA 20190

Linda D. Regenhardt, Esquire
Counsel for Debtor
8500 Leesburg Pike, Suite 7000
Vienna, VA 22182

Juliana Riahi
Debtor
1226 Potomac School Road
McLean, VA 22101

01-011640-12/swc