## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| **JULIANA RIAHI** | * | **Case No. 13-11487-RGM** |
| | * | Chapter 7 |
| Debtor. | * | |

## NOTICE OF TRUSTEE'S INTENT TO ABANDON PROPERTY

PLEASE TAKE NOTICE that Donald F. King, Chapter 7 Trustee ("Trustee") in this case, pursuant to 11 U.S.C. §554(a) and Federal Rule of Bankruptcy Procedure 6007(a), intends to and will all of the Debtor's interest in the property known as: 1226 Potomac School Road, McLean, VA 22101 (the "Property").

Any creditor or party in interest may object to this proposed abandonment by filing a written objection stating with specificity the nature of the objection, and a request for hearing. Objections shall be filed on or before fourteen (14) days after service of this Notice with the Clerk, United States Bankruptcy Court, 200 South Washington Street, Alexandria, Virginia 22314, and a copy must be served upon Donald F. King, Trustee, at 1775 Wiehle Avenue, Suite 400, Reston, Virginia 20190. If no objection is timely filed, the Property will be deemed abandoned.

*/s/ Donald F. King*
**DONALD F. KING, TRUSTEE**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing Notice was mailed, first class postage prepaid, this 29TH day of January, 2015, to the parties identified on the attached service list (service list attached only to the original of this Notice filed with the Court), and via Notice of Electronic Filing pursuant to applicable Standing Order to Counsel to the Debtor and to the Office of the U. S. Trustee.

*/s/ Donald F. King*
**DONALD F. KING, TRUSTEE**

#2604214v1

JULIANA RIAHI
1226 POTOMAC SCHOOL ROAD
McLEAN, VA 22101

LINDA D. REGENHARDT, ESQ.
LINDA REGENHARDT, LLC
100 N. PITT STREET, SUITE 206
ALEXANDRIA, VA 22314

OFFICE OF THE U.S. TRUSTEE
115 SOUTH UNION STREET
ALEXANDRIA, VA 22314

AMERICAN EXPRESS
PO BOX 1270
NEWARK, NJ 07101-1270

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101

COMMONWEALTH OF VIRGINIA
DEPT. OF TAXATION
P.O. BOX 2156
RICHMOND, VA 23218

AMERICAN EXPRESS
PO BOX 981537
EL PASO, TX 79998-1537

BANK OF AMERICA
4161 PIEDMONT PARKWAY
GREENSBORO, NC 27410-8110

DOMINION VIRGINIA POWER
P.O. BOX 27503
RICHMOND, VA 23261

AMERICAN EXPRESS BANK FSB
C/O BECKET AND LEE LLP
P.O. BOX 3001
MALVERN, PA 19355-0701

BARCLAYS BANK DELAWARE
P.O. BOX 8803
WILMINGTON, DE 19899-0000

EMERGENCY MEDICINE ASSOCIATES
20010 CENTURY BLVD., STE 200
GERMANTOWN, MD 20874-0000

AMERICAN EXPRESS CENTURION BK
C/O BECKET AND LEE LLP
P.O. BOX 3001
MALVERN, PA 19355-0701

BEST BUY ENTERPRISE SERVICES INC.
B-6 LEGAL DEPT.
7601 PENN AVENUE SOUTH
RICHFIELD, MN 55423

FARMERS INSURANCE
4680 WILSHIRE BLVD.
LOS ANGELES, CA 90010-0000

AMERICAN INFOSOURCE LP AS
AGENT FOR INSOLVE RECOVERY,LLC
P.O. BOX 269093
OKLAHOMA CITY, OK 73126-9093

BLUE RIDGE SCHOOL, INC.
C/O McGUIRE WOODS
ATTN; JAMES F. NEALE
310 FOURTH STREET, NE, STE 300
P.O. BOX 1288
CHARLOTTESVILLE, VA 22902-1288

FIRST HORIZON HOME LOANS
580 E. MAIN STREET
CROWN CENTER, SUITE 600
NORFOLK, VA 23510-2212

ANA VLALUKIN
244 EAST 60TH STREET, APT. 3A
NEW YORK, NY 10022

CITY OF FALLS CHURCH
CUSTOMER SERVICE DIVISION
300 PARK AVENUE
FALLS CHURCH, VA 22046

BUREAUS INVESTMENT GROUP
PORTFOLIO NO. 15 LLC
C/O RECOVERY MANAGEMENT SYST
25 S.E. 2ND AVENUE, SUITE 1120
MIAMI, FL 33131-1605

ANDREW S. LERNER, ESQ.
948 CLOPPER ROAD, 2ND FLOOR
GAITHERSBURG, MD 20878-0000

COUNTY OF ACCOMACK, VIRGINIA
DANA T. BUNDICK, TREASURER
P.O. BOX 296
ACCOMACK, VA 23301-0296

FIRST TENNESSEE BANK, N.A.
P.O. BOX 1469
KNOXVILLE, TN 37901-0000

AT&T
P.O. BOX 536216
ATLANTA, GA 30353-6216

DISCOVER BANK
DB SERVICING CORPORATION
P.O. BOX 3025
NEW ALBANY, OH 43054-3025

FIRST TENNESSEE BANK,
NATIONAL ASSOCIATION
P.O. BOX 1469
KNOXVILLE, TN 37901

BECKET AND LEE LLP
P.O. BOX 3001
MALVERN, PA 19355-0701

DISCOVER FINANCIAL SRVCS, LLC
P.O. BOX 15316
WILMINGTON, DE 19850-0000

FIRST VIRGINIA COMMUNITY BANK
ATT: B. TODD DEMPSEY
11325 RANDOM HILLS RD, SUITE 240
FAIRFAX, VA 22030-0000

#2177517v1  31070/00001

GE CAPITAL RETAIL BANK,
C/O RECOVERY MGMT SYST CORP
ATTN: RAMESH SINGH
25 S.E. 2ND AVENUE, SUITE 1120
MIAMI, FL 33131-1605

NATIONWIDE CREDIT, INC.
2002 SUMMIT BLVD.
SUITE 600
ATLANTA, GA 30319-0000

THE BLUE RIDGE SCHOOL, INC.
McGUIRE WOODS/JAMES F. NEALE
310 4TH STREET NE, STE. 300
P.O. BOX 1288
CHARLOTTESVILLE, VA 22902

GLASSER & GLASSER, PLC
580 E. MAIN STREET, CROWN CNTR
ATTN: KEITH KNEE, ESQ.
SUITE 600 FORECLOSURE DEPT.
NORFOLK, VA 23510-2212

OAK HARBOR CAPITAL VI, LLC
C/O WEINSTRIN AND RILEY, PC
2001 WESTERN AVE., SUITE 400
SEATTLE, WA 98127-0000

THE BUREAUS
1717 CENTRAL STREET
EVANSTON, IL 60201-1507

HSBC BEST BUY
P.O. BOX 5253
CAROL STREAM, IL 60197-0000

PUERTO RICO ELECTRICITY
P.O. BOX 363508
SAN JUAN, PR 00936-3508

US SECURITIES & EXCHANGE COMM
OFFICE OF REORGANIZATION
950 E. PACES FERRY RD, NE
SUITE 900
ATLANTA, GA 30326-1382

HSBC SAKS FIFTH AVENUE
P.O. BOX 10327
JACKSON, MS 39289-0000

SIBLEY MEMORIAL HOSPITAL
P.O. BOX 39137
WASHINGTON, DC 20016-9137

UMB BANK NA
P.O. BOX 419734
KANSAS CITY, MO 64141-6734

JOHN POLISHUK
C/O BUSMAN & BUSMAN
P.O. BOX 7514
FAIRFAX STATION, VA 22039-7514

SIBLEY MEMORIAL HOSPITAL
5255 LOUGHBORO ROAD NW
WASHINGTON, DC 20016-2695

VERIZON
500 TECHNOLOGY DRIVE
SAINT CHARLES, MO 63304-0000

KEYSTONE RECOVERY PARTNERS
  SERIES II
C/O WEINSTEIN AND RILEY,PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121

SPICER & ASSOCIATES P.A.
7901 BELLE POINT DRIVE
GREENBELT, MD 20770-3329

WASHINGTON GAS
BANKRUPTCY DEPT.
6801 INDUSTRIAL RD, ROOM 320D
SPRINGFIELD, VA 22151

LIGHTHOUSE RECOVERY ASSOCIATES
711 S. CARSON ST., SUITE 4
CARSON CITY, NV 89701

STT INTERNATIONAL, LLC
3101 NEW MEXICO AVE NW, STE 529
WASHINGTON, DC 20016-5902

GARY GOLDSTEIN WADE
8500 LEESBURG PIKE, SUITE 400
VIENNA, VA 22182-2409

MAIN LINE RECOVERY SOLUTIONS
P.O. BOX 824
MALVERN, PA 19355-0913

BANK OF MELLON/NATIONSTAR MTG
1010 W. MOCKINGBIRD, SUITE 100
DALLAS, TX 75247

UNITED STATES BANKRUPTCY COURT
200 SOUTH WASHINGTON STREET
ALEXANDRIA, VA 22314-5405

MALEK MASSOUD RIAHI
1226 POTOMAC SCHOOL ROAD
McLEAN, VA 22101-0000

THE BANK OF NEW YORK MELLON
NATIONSTAR MORTGAGE, LLC
ATTN: BANKRUPTCY DEPARTMENT
P.O. BOX 630267
IRVING, TEXAS 75063

BANK OF AMERICA
P.O. BOX 982238
EL PASO, TX 79998-2238

NATIONAL MORTGAGE
350 HIGHLAND DRIVE
LEWISVILLE, TX 75067-0000

THE BANK OF NEW YORK MELLON
C/O THE CORPORATION TRUST, INC.
351 WEST CAMDEN STREET
BALTIMORE, MD 21201-0000

JUDY A. ROBBINS
C/O JACK I. FRANKEL
OFC OF THE US TRUSTEE-REGION 4
115 S. UNION STREET, ROOM 210
ALEXANDRIA, VA 22314-3361

BECKET AND LEE LLP
P.O. BOX 3001
MALVERN, PA 19355-0701

BEST BUY ENTERPISE, INC.
B-6 LEGAL DEPT.
7601 PENN SVE., SOUTH
RICHFIELD, MN 55423-3645

FARMER'S INSURANCE
4680 WILSHIRE BLVD.
LOS ANGELES, CA  90010

HSBC SAKS FIFTH AVENUE
P.O. BOX 10327
JACKSON, MS  39289

OAK HARBOR CAPITAL VI, LLC
C/O WEINSTRIN AND RILEY, PS
2001 WESTERN AVE., SUITE 400
SEATTLE, WA  98127

MICHAEL T. FREEMEN, ESQ.
1804 STAPLES MILL RD., STE 200
RICHMOND, VA  23220

HSBC BEST BUY
P.O. BOX 183195
COLUMBUS,  OH  43218-3195

THE BANK OF NEW YORK MELLON
SHAPIRO BROWN & ALT, LLP
C/O SUSAN C. MEYER. ESQUIRE
236 CLEARFIELD AVENUE, STUIE 215
VIRGINIA BEACH, VA  23462

TYLER BARTL RAMSDELL &
  COUNTS PLC
300 N. WASHINGTON ST., STE 202
ALEXANDRIA, VA  22314

AMERICAN INFOSOURCE LP
AS AGENT FOR VERIZON
P.O. BOX 248838
OKLAHOMA CITY, OK  73124-8838

FIRST VIRGINIA COMMUNITY BANK
C/O MICHAEL J. HOLLERAN, ESQ.
WALTON & ADAMS, P.C.
1925 ISAAC NEWTON SQ, SUITE 250
RESTON, VA  20190