# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| In re: | * |
| | * |
| **JULIANA RIAHI** | *   **Case No. 13-11487-RGM** |
| | *   **Chapter 7** |
| Debtor. | * |

## ORDER FOR RULE 2004 EXAMINATION OF DEBTOR

UPON CONSIDERATION of the Motion of Donald F. King ("Trustee"), Chapter 7 Trustee in the above-referenced case, for a Rule 2004 examination of Juliana Riahi ("Debtor"), it is hereby

ORDERED that the Debtor shall appear for examination pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure, at a time and place within this division of the Eastern District of Virginia that is mutually convenient for the Debtor and the Trustee, but no later than March 20, 2015 unless otherwise agreed to by the Trustee; and it is further

ORDERED that the Debtor shall produce to the Trustee the documents described on Exhibit A attached hereto by March 16, 2015 unless otherwise agreed to by the Trustee; and it is further

ORDERED that the Trustee is authorized to issue one or more subpoenas to the Debtor for the production of any additional documents within the scope of Rule 2004.

DATED  Feb 25 2015
       Alexandria, Va

/s/ Robert G. Mayer
**ROBERT G. MAYER**
**United States Bankruptcy Judge**

Entered on docket: February 25, 2015

2

I ask for this:

**By:**      **/s/ *Lauren Friend McKelvey***
**Lauren Friend McKelvey, Esquire (VSB No. 78813)**
**Counsel for Trustee**
**ODIN FELDMAN & PITTLEMAN PC**
**1775 Wiehle Avenue, Suite 400**
**Reston, Virginia 20190**
**Phone: 703-218-2135**
**Fax:     703-218-2160**
Lauren.McKelvey@ofplaw.com

**PARTIES TO RECEIVE COPIES:**

Counsel for Trustee – To be served electronically
Counsel for Debtor – To be served electronically

Juliana Riahi
1226 Potomac School Road
McLean, VA 22101
   and
Apt 3A
244 East 60th Street
New York, N710022
   and
39 Main Street
Wachapreague, VA, 23480

#2629173v1

# **EXHIBIT A**

1.  Proof of insurance on, and the current location of, the Faberge Clock listed on Debtor's Schedule B.

2.  Copies of the recorded deeds for the properties listed on Debtor's Schedule A as:

    (i)   39 Main Street, Wachapreague, VA; and
    (ii)  Bravos De Boston, Vieques, PR 00765.

3.  Complete address for the Bravos De Boston, Vieques, PR property.

4.  Name, address, email address and telephone number for the property manager of the Bravos De Boston, Vieques, PR property.

5.  Name, address, email address and telephone number for the attorney(s) who assisted with title and/or land records issues associated with the Bravos De Boston, Vieques, PR property.

6.  Copy of the recorded deed or other proof of ownership of the co-op apartment 3A, 244 East 60th Street, New York, NY 10022 (the "Co-op").

7.  Name, address and telephone number for a contact at Co-op's governing body and the management company for the building in which the Co-op is located.

8.  Name, address and telephone number for the attorney(s) who assisted with any transfer of the ownership of the Co-op within the last 10 years.

9.  Copy of the Debtor's father's will and any trusts created by either of the Debtor's parents, including, without limitation, the Boris G. Vlalukin Revocable Trust dated October 23, 2000 (as amended) and the Last Will and Testament of Boris G. Vlalukin, dated October 23, 2000.

10. The Debtor's current address.

#2629173v1