# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| In re: | * |
| | * |
| **JULIANA RIAHI** | *    **Case No. 13-11487-RGM** |
| | *    Chapter 7 |
| Debtor. | * |

## MOTION FOR TURNOVER

Donald F. King, Trustee ("Trustee"), by counsel, pursuant to 11 U.S.C. § 542, files this motion for turnover ("Motion") with respect to a certain Safe Deposit Box (defined herein) leased by the Debtor from Wells Fargo Bank, National Association ("Wells Fargo") and, in support thereof, states as follows:

1. The Debtor filed a voluntary chapter 11 petition on April 2, 2013. The case was converted to chapter 7 on July 30, 2013. The Trustee is the duly appointed chapter 7 trustee.

2. The Debtor owns a Faberge Clock, which the Trustee believes is located in a safe deposit box that the Debtor leases from Wells Fargo (the "Safe Deposit Box"). Pursuant to 11 U.S.C. § 541, the bankruptcy estate consists of all legal and equitable interests of the Debtor in property as of the commencement of the bankruptcy case. The Debtor's interest in the Safe Deposit Box and the contents of the Safe Deposit Box, including the Faberge Clock, are property of the estate pursuant to 11 U.S.C. §541.

**Lauren Friend McKelvey, Esquire (VSB No. 78813)**
**Counsel for Trustee**
**ODIN FELDMAN & PITTLEMAN PC**
**1775 Wiehle Avenue, Suite 400**
**Reston, Virginia 20190**
**Phone:  703-218-2135**
**Fax:       703-218-2160**
Lauren.McKelvey@ofplaw.com

3.     The Trustee has been informed by Wells Fargo that the Safe Deposit Box is jointly leased by the Debtor and Ana Vlalukin, whom the Trustee believes is the Debtor's sister.  Wells Fargo has further informed the Trustee that it is without knowledge as to whether any contents of the Safe Deposit Box, if any, constitute property of the Debtor's estate or whether there may be competing claims to any such contents by any third parties.

4.     Accordingly, in order to ensure clarity, minimize confusion and provide full and fair notice to the parties with an interest in the Safe Deposit Box and which may assert an interest in the contents thereof, the Trustee and Wells Fargo have agreed that it would be appropriate for the Trustee to seek and obtain a turnover order addressing the Trustee's rights to inspect and/or obtain the Safe Deposit Box and contents, through the filing of this Motion, with notice to Ms. Vlalukin.  The Trustee contemplates that, after obtaining such turnover order, he will obtain access to the Safe Deposit Box, take control of the Faberge Clock, inspect the contents of the Safe Deposit Box, and take control of any other assets which he determines constitute property of the bankruptcy estate, and which may be in the Safe Deposit Box.  Wells Fargo consents to the relief requested herein, as evidenced by its execution of the attached proposed Consent Order.

WHEREFORE, Donald F. King, Trustee, by counsel, requests that the Court enter an order (i) granting the Trustee's request herein for the turnover to the Trustee of the Safe Deposit Box by permitting him and his agents to obtain access to such Safe Deposit Box, and to secure and take possession of any of the contents that the Trustee

determines constitute property of the bankruptcy estate, including the Faberge Clock, located in any safe deposit box held at Wells Fargo in the name of the Debtor, whether individually or jointly owned, and (ii) for such other relief as this Court deems proper.

                                          **Respectfully Submitted,**
                                          **DONALD F. KING, TRUSTEE**
                                          **By Counsel**

**By:**       */s/ Lauren Friend McKelvey*
          **Lauren Friend McKelvey, Esquire (VSB No. 78813)**
          **Counsel for Trustee**
          **ODIN FELDMAN & PITTLEMAN PC**
          **1775 Wiehle Avenue, Suite 400**
          **Reston, Virginia 20190**
          **Phone: 703-218-2135**
          **Fax:    703-218-2160**
          Lauren.McKelvey@ofplaw.com

#2655603v1