1            UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| **JULIANA RIAHI** | * | **Case No. 13-11487-RGM** |
| | * | Chapter 7 |
| Debtor. | * | |

## CONSENT ORDER FOR TURNOVER

THIS MATTER comes on upon the motion ("Motion") of Donald F. King, Trustee ("Trustee") for turnover with respect to a certain safe deposit box ("Safe Deposit Box") leased by the Debtor from Wells Fargo Bank, N.A. ("Wells Fargo"), and

IT APPEARING that there is cause for granting the Motion and that Wells Fargo consents to the relief granted herein as evidenced by its signature on this Order; it is

ORDERED that the Motion is granted with respect to the turnover of the Safe Deposit Box by Wells Fargo permitting the Trustee and his agents to obtain access to such Safe Deposit Box, and to secure and take possession of any of the contents that the Trustee determines constitute property of the bankruptcy estate, including the Faberge Clock, located in any safe deposit box held at Wells Fargo in the name of the Debtor, whether individually or jointly owned.

Dated: Apr 14 2015

**Lauren Friend McKelvey, Esquire (VSB No. 78813)**
**Counsel for Trustee**
**ODIN FELDMAN & PITTLEMAN PC**
1775 Wiehle Avenue, Suite 400
Reston, Virginia 20190
**Phone:** 703-218-2135
**Fax:** 703-218-2160
Lauren.McKelvey@ofplaw.com

/s/ Robert G. Mayer
**ROBERT G. MAYER**
**United States Bankruptcy Judge**

Entered on docket: April 14, 2015

I ask for this:

**By:        /s/ *Lauren Friend McKelvey***
**Lauren Friend McKelvey, Esquire (VSB No. 78813)**
**Counsel for Trustee**
**ODIN FELDMAN & PITTLEMAN PC**
**1775 Wiehle Avenue, Suite 400**
**Reston, Virginia 20190**
**Phone: 703-218-2135**
**Fax:     703-218-2160**
Lauren.McKelvey@ofplaw.com

Seen and agreed:

**By:         /s/ Richard L. Ferrell_____**
**Richard L. Ferrell**
**Senior Counsel**
**Wells Fargo Bank, N.A.**
**Wells Fargo Law Dept.**
**MAC: D1053-300**
**301 South College Street**
**Charlotte, NC 28288**
**Phone:  704-374-4753**
**Fax:     704-383-1383**
Richard.L.Ferrell@wellsfargo.com

## **CERTIFICATION PURSUANT TO LOCAL RULE 9022-1(C)**

I HEREBY CERTIFY that a true and accurate copy of the foregoing proposed Consent Order, was sent by U.S. mail, first class postage prepaid, on the 30th day of March, 2015, to the following:

Juliana Riahi
1226 Potomac School Road
McLean, VA 22101
  and
39 Main Street
Wachapreague, VA 23480

Ana Vlalukin
Apt 3A
244 East 60th Street
New York, N710022

Richard L. Ferrell
Senior Counsel
Wells Fargo Law Dept.
MAC: D1053-300
301 South College Street
Charlotte, NC 28288

Samantha Simmons Fredieu
Counsel to Ana Vlalukin
Hale Ball Carlson Baumgartner Murphy, PLC
10511 Judicial Drive
Fairfax, VA 22030

and via Notice of Electronic Filing upon Counsel to Debtor, the Office of the U.S. Trustee, Counsel for First Virginia Community Bank , and all registered users in this case pursuant to this Court's CM/ECF policy.

                                  */s/ Lauren Friend McKelvey*
                                   Lauren Friend McKelvey

**PARTIES TO RECEIVE COPIES**

Counsel for Trustee – To be served electronically
Counsel for Debtor – To be served electronically
Counsel for First Virginia Community Bank – To be served electronically

Juliana Riahi
1226 Potomac School Road
McLean, VA 22101
  and
39 Main Street
Wachapreague, VA 23480

Ana Vlalukin
Apt 3A
244 East 60th Street
New York, N710022

Richard L. Ferrell
Senior Counsel
Wells Fargo Law Dept.
MAC: D1053-300
301 South College Street
Charlotte, NC 28288

Samantha Simmons Fredieu
Counsel to Ana Vlalukin
Hale Ball Carlson Baumgartner Murphy, PLC
10511 Judicial Drive
Fairfax, VA 22030

#2655650v1