**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | |
|---|---|
| In re: | * |
| | * |
| **JULIANA RIAHI** | *    **Case No. 13-11487-RGM** |
| | *    Chapter 7 |
| Debtor. | * |

## NOTICE OF TRUSTEE'S INTENT TO ABANDON PROPERTY

PLEASE TAKE NOTICE that Donald F. King, Chapter 7 Trustee ("Trustee") in this case, pursuant to 11 U.S.C. §554(a) and Federal Rule of Bankruptcy Procedure 6007(a), intends to and will abandon to the Debtor the contents of a safe deposit box number VAWBA97296394 at Wells Fargo Bank, N.C. as described on Exhibit A attached hereto. The funds were received by the bankruptcy estate on May 20, 2015, and the Trustee has determined that they have little or no value.

Any creditor or party in interest may object to this proposed abandonment by filing a written objection stating with specificity the nature of the objection, and a request for hearing. Objections shall be filed on or before fourteen (14) days after service of this Notice with the Clerk, United States Bankruptcy Court, 200 South Washington Street, Alexandria, Virginia 22314, and a copy must be served upon Donald F. King, Trustee, at 1775 Wiehle Avenue, Suite 400, Reston, Virginia 20190. If no objection is timely filed, the Property will be deemed abandoned.

/s/ Donald F. King
**DONALD F. KING, TRUSTEE**
1775 Wiehle Avenue, Suite 400
Reston, Virginia 20190
Direct: 703-218-2116
Fax: 703-218-2160
Email: donking@ofplaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing Notice was mailed, first class postage prepaid, this 23rd day of June, 2015, to the parties identified on the attached service list (service list attached only to the original of this Notice filed with the Court), and via Notice of Electronic Filing upon all registered users in this case pursuant to this Court's CM/ECF policy.

/s/ Donald F. King
**DONALD F. KING, TRUSTEE**

#2728004v1 031070/002444

## Record for List of Contents released from Safe Deposit Boxes

On May 20th, 2015. The paralegal for the trustee, Rita Daley, came in and accessed the box number <u>VAWBA97296394</u> which is jointly leased under the names of <u>JULIANA VLALUKIN RIAHI and ANA VLALUKIN.</u>

Below is the list of contents that was released from <u>VAWFB0079729600521</u> (jointly leased by Juliana Vlalukin Riahi and Ana Vlalukin).

Item List:

1) 1937 200 unknown currency.
2) 1943 grey coin unknown currency.
3) 1943 grey coin unknown currency.
4) 1973 grey coin unknown currency.
5) 1937 200 coin unknown currency.
6) Brown coin
7) 1971 us dollar coin
8) 3 US pennies
9) 3 US dimes
10) 2 US nickels
11) 2 US quarters
12) 2 US half dollar coins
13) 1813 grey coin unknown
14) 1971 foreign currency grey coin
15) 1813 grey coin unknown
16) 1971 foreign grey coin
17) 1000 Lira bill – currency
18) 10 dinar bill
19) 1929 100 dinar bill
20) 1955 100 dinar bill
21) 1941 unknown currency (20)
22) 1941 unknown currency (10)
23) 1 dinar (Yugoslavia)
24) 1965 dinar (5)
25) 1929 dinar (100)
26) 1931 dinar (50)
27) Pair of white round earrings with yellow metal

28) $50 series EE Mohamed Khalifeh
29) $500 series EE Alexander Khalifeh
30) $100 series EE Alexander Naider Khalifeh
31) $100 series EE Alexander Naider Khalifeh
32) $1000 series EE Michael Rida Khalifeh
33) $100 series EE Michael Rida Khalifeh
34) $100 series EE Michael Rida Khalifeh
35) $100 series EE Michael Rida Khalifeh
36) $500 series EE Michael Rida Khalifeh
37) Jewelry photo with pawn broker card

Case 13-11487-RGM    Doc 186    Filed 06/23/15    Entered 06/23/15 11:03:02    Desc Main
Document      Page 3 of 6

JULIANA RIAHI
1226 POTOMAC SCHOOL ROAD
MCLEAN, VA 22151-4205

LINDA D. REGENHARDT, ESQUIRE
LINDA REGENHARDT, L.L.C.
100 N. PITT STREET, SUITE 206
ALEXANDRIA, VA 22314

JUDY A. ROBBINS
OFFICE OF THE U.S. TRUSTEE
REGION 4
115 SOUTH UNION STREET. RM 210
ALEXANDRIA, VA 22314-3361

U.S. BANKRUPTCY COURT
200 S. WASHINGTON STREET
ALEXANDRIA, VA 22314-5405

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

COMMONWEALTH OF VIRGINIA
DEPT. OF TAXATION
P.O. BOX 2156
RICHMOND, VA 23218

AT&T
P.O. BOX 536216
ATLANTA, GA 30353-6216

BANK OF AMERICA
P.O. BOX 982238
EL PASO TX 79998-2238

BANK OF AMERICA NA
PO BOX 21848
GREENSBORO NC 27420-1848

GARY GOLDSTEIN WADE P.C.
8500 LEESBURG PIKE, SUITE 400
VIENNA, VA 22182-2409

GE CAPITAL RETAIL BANK
C/O RECOVERY MANAGEMENT
25 SE 2ND AVENUE, SUITE 1120
MIAMI, FL 33131-1605

AMERICAN EXPRESS
P.O. BOX 1270
NEWARK, NJ 07101-1270

AMERICAN EXPRESS
P.O. BOX 981537
EL PASO, TX 79998-1537

AMERICAN EXPRESS BANK FSB
C/O BECKET AND LEE LLP
P.O. BOX 3001
MALVERN, PA 19355-0701

AMERICAN EXPRESS CENTURION BANK
C/O BECKET AND LEE LLP
P.O. BOX 3001
MALVERN, PA 19355-0701

AMERICAN INFOSOURCE LP AS
AGENT FOR INSOLVE RECOVERY LLC
PO BOX 269093
OKLAHOMA CITY, OK 73126-9093

AMERICAN INFOSOURCE LP AS
AGENT FOR VERIZON
P.O. BOX 248838
OKLAHOMA CITY, OK 73124-8838

COUNTY OF ACCOMACK, VIRGINIA.
DANA T. BUNDICK, TREASURER
P.O. BOX 296
ACCOMACK, VA 23301-0296

ANA VLALUKIN
244 EAST 60TH STREET, APT. 3A
NEW YORK, NY 10022-1418

BEST BUY ENTERPRISE SERVICES, INC.
B-6 LEGAL DEPT.
7601 PENN AVENUE SOUTH
RICHFIELD, MN 55423-8500

BARCLAYS BANK DELAWARE
P.O. BOX 8803
WILMINGTON, DE 19899-8803

ANDREW S. LERNER, ESQ.
948 CLOPPER ROAD, 2ND FLOOR
GAITHERSBURG MD 20878-1366

BECKET AND LEE LLP
P.O. BOX 3001
MALVERN, PA 19355-0701

BLUE RIDGE SCHOOL, INC.
C/O MCGUIRE WOODS-JAMES NEALE
COURT SQUARE BUILDING
310 FOURTH STREET, N.E., STE 300
CHARLOTTESVILLE, VA 22902-5299

BUREAUS INVESTMENT GROUP
PORTFOLIO NO. 15 LLC
C/O RECOVERY MGT SYSTEMS CORP
25 SE 2ND AVENUE, SUITE 1120
MIAMI, FL 33131-1605

CITY OF FALLS CHURCH
CUSTOMER SERVICE DIVISION
300 PARK AVENUE
FALLS CHURCH, VA 22046-3301

DISCOVER BANK
DB SERVICING CORPORATION
P.O. BOX 3025
NEW ALBANY, OH 43054-3025

DISCOVER FINANCIAL SERVICES LLC
P.O. BOX 15316
WILMINGTON, DE 19850-5316

DOMINION VIRGINIA POWER
P.O. BOX 27503
RICHMOND, VA 23261-7503

EMERGENCY MEDICINE ASSOCIATES
20010 CENTURY BLVD, SUITE 200
GERMANTOWN, MD 20874-1118

FARMERS INSURANCE
4680 WILSHIRE BLVD
LOS ANGELES, CA  90010-3807

FIRST HORIZON HOME LOANS
580 E. MAIN ST, CROWN CENTER
SUITE 600
NORFOLK, VA  23510-2212

FIRST TENNESSEE BANK, N.A.
P.O. BOX 1469
KNOXVILLE, TN  37901-1469

FIRST VIRGINIA COMMUNITY BANK
ATTN:  B. TODD DEMPSEY
13325 RANDOM HILLS ROAD, STE 240
FAIRFAX, VA  22030

GE CAPITAL RETAIL BANK
C/O RECOVERY MGT SYSTEMS CORP
25 S.E. 2ND AVENUE, STE 1120
MIAMI, FL  33131-1605

GLASSER & GLASSER, PLC
580 EAST MAIN ST, CROWN CNTR
SUITE 600, FORECLOSURE DEPT
NORFOLK, VA  23510-2306

BEST BUY ENTERPRISE SERVICES INC
B6-LEGAL DEPT.
7601 PENN AVENUE SOUTH
RICHFIELD, MN  55423

HSBC SAKS FIFTH AVENUE
P.O. BOX 10327
JACKSON, MS  39289-0327

JEFFERSON CAPITAL SYSTEMS LLC
P.O. BOX 7999
SAINT CLOUD, MN  56302-7999

JOHN POLISHUK
C/O BUSMAN & BUSMAN
P.O. BOX 7514
FAIRFAX STATION, VA  22039-7514

KEYSTONE RECOVERY PARTNERS
SERIES II
C/O WEINSTEIN & RILEY, PS
2001 WESTERN AVENUE, SUITE 400
SEATTLE, WA  98121-3132

LIGHTHOUSE RECOVERY ASSOCIATES
711 S. CARSON STREET, STE 4
CARSON CITY, NV  89701-5292

MAIN LINE RECOVERY SOLUTIONS
P.O. BOX 824
MALVERN, PA  19355-0913

MALEK MASSOUD RIAHI
1226 POTOMAC SCHOOL ROAD
MCLEAN, VA  22101-2330

NATIONAL MORTGAGE
350 HIGHLAND DRIVE
LEWISVILLE, TX  75067-4177

NATIONWIDE CREDIT, INC.
2002 SUMMIT BLVD, SUITE 600
ATLANTA, GA  30319-1559

OAK HARBOR CAPITAL VI, LLC
C/O WEINSTRIN AND RILEY, PS
2001 WESTERN AVE, STE 400
SEATTLE, WA  98121-3132

PUERTO RICO ELECTRICITY
P.O. BOX 363508
SAN JUAN, PR  00936-3508

STT INTERNATIONAL, LLC
3101 NEW MEXICO AVENUE, NW
SUITE 529
WASHINGTON, DC  20016-5906

SIBLEY MEMORIAL HOSPITAL
P.O. BOX 39137
WASHINGTON, D.C.  20016-9137

SIBLEY MEMORIAL HOSPITAL
5255 LOUGHBORO ROAD, NW
WASHINGTON, D.C.  20016-2696

SPICER & ASSOCIATES, P.A.
7901 BELLE POINT DRIVE
GREENBELT, MD  20770-3329

THE BANK OF NEW YORK MELLON
1010 W. MOCKINGBIRD, SUITE 100
DALLAS, TX  75247-5126

THE BANK OF NEW YORK MELLON
C/O THE CORPORATION TRUST INC.
351 WEST CAMDEN STREET
BALTIMORE, MD  21201-7912

THE BANK OF NEW YORK MELLON
NATIONSTAR MORTGAGE LLC
ATTN:  BANKRUPTCY DEPARTMENT
P.O. BOX 630267
IRVING, TX  75063-0116

THE BANK OF NEW YORK MELLON
C/O SUSAN C. MEYER
SHAPIRO BROWN & ALT, LLP
236 CLEARFIELD AVE, STE 215
VIRGINIA BEACH, VA  23462-1893

THE BLUE RIDGE SCHOOL, INC.
C/O JAMES F. NEALE
MCGUIRE WOODS LLP
P.O. 1288
310 4TH STREET NE, STE 300
CHARLOTTESVILLE, VA  22902-1288

THE BUREAUS
1717 CENTRAL STREET
EVANSTON, IL  60201-1507

TYLER BARTL RAMSDELL&COUNTS PLC
300 N. WASHINGTON ST, STE 202
ALEXANDRIA, VA  22314-2530

US SECURITIES & EXCHANGE COMM
OFFICE OF REORGANIZATION
950 E. PACES FERRY RD NE, STE 900
ATLANTA, GA  30326-1382

| | | |
|---|---|---|
| UMB BANK NA<br>P.O. BOX 419734<br>KANSAS CITY, MO  64141-6734 | VERIZON<br>500 TECHNOLOGY DRIVE<br>SAINT CHARLES, MO 63304-2225 | WASHINGTON GAS<br>BANKRUPTCY DEPARTMENT<br>6801 INDUSTRIAL ROAD, RM 320 D<br>SPRINGFIELD, VA  22151-4205 |
| HSBC BEST BUY<br>P.O. BOX 183195<br>COLUMBUS, OH  43218-3195 | | |

**#2742363V1   031070/002444**