**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| **JULIANA RIAHI** | * | **Case No. 13-11487-RGM** |
| | * | Chapter 7 |
| Debtor. | * | |

**NOTICE OF MOTION TO COMPEL DEBTOR AND CO-OWNER TO PROVIDE
ACCESS TO REAL PROPERTIES, HEARING THEREON AND
<u>DEADLINE FOR FILING OPPOSITIONS THERETO</u>**

Donald F. King, Trustee ("**Trustee**"), by counsel, has filed a motion ("**Motion**") to compel Juliana Riahi ("**Debtor**") and Ana Vlalukin ("**Co-Owner**") to provide access to certain real properties. A copy of the Motion and proposed order are attached hereto.

<u>**Your rights may be affected.**</u>  **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

☒    **On or before THREE (3) DAYS BEFORE THE SCHEDULED HEARING DATE STATED BELOW**, file with the Court, at the address shown below, a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). **Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the Motion as conceded, and issue an order granting the requested relief without further notice or hearing.** If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above. You must **also** mail a copy to the persons listed below. The address for the Court is as follows:

> Clerk of the Court
> U.S. Bankruptcy Court
> 200 South Washington Street
> Alexandria, Virginia 22314

---

**LAUREN FRIEND MCKELVEY, ESQUIRE (VSB No. 78813)**
**Counsel for Trustee**
**ODIN FELDMAN & PITTLEMAN PC**
**1775 Wiehle Avenue, Suite 400**
**Reston, Virginia 20190**
**Phone:  703-218-2135**
**Fax:      703-218-2160**
<u>**Lauren.McKelvey@ofplaw.com**</u>

☒ A copy of any written response must be mailed to the following persons:

>Lauren Friend McKelvey, Esquire
>Counsel for Donald F. King, Trustee
>ODIN FELDMAN & PITTLEMAN PC
>1775 Wiehle Avenue, Suite 400
>Reston, Virginia 20190

You must also:

☒ Attend the hearing scheduled to be held on **SEPTEMBER 8, 2015, at 9:30 o'clock a.m.** at the United States Bankruptcy Court, 200 South Washington Street, Alexandria, Virginia 22314. **If no timely response has been filed opposing the relief requested, the Court may grant the relief without holding a hearing.**

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

**DONALD F. KING, TRUSTEE**
By Counsel

By:    /s/ *Lauren Friend McKelvey*
Lauren Friend McKelvey, Esquire (VSB No. 78813)
Counsel for Trustee
ODIN FELDMAN & PITTLEMAN PC
1775 Wiehle Avenue, Suite 400
Reston, Virginia 20190
Phone: 703-218-2135
Fax:    703-218-2160
Lauren.McKelvey@ofplaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and accurate copy of the foregoing Notice, with Motion and proposed order attached, was sent by U.S. mail, first class postage prepaid, on the 21st day of August, 2015, to the following:

Juliana Riahi
1226 Potomac School Road
McLean, VA 22101
   and
39 Main Street
Wachapreague, VA 23480

Ana Vlalukin
Apt 3A
244 East 60th Street
New York, N710022

Samantha Simmons Fredieu
Counsel to Ana Vlalukin
Hale Ball Carlson Baumgartner Murphy, PLC
10511 Judicial Drive
Fairfax, VA 22030


and via Notice of Electronic Filing upon Counsel to Debtor, the Office of the U.S. Trustee, and all registered users in this case pursuant to this Court's CM/ECF policy.

                                            */s/ Lauren Friend McKelvey*
                                              Lauren Friend McKelvey, Esquire


#2798378v1   031070/002444