1UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| **JULIANA RIAHI** | * | **Case No. 13-11487-RGM** |
| | * | Chapter 7 |
| Debtor. | * | |

## <u>ORDER FOR TURNOVER</u>

THIS MATTER comes on upon the motion ("Motion") of Donald F. King, Trustee ("Trustee"), pursuant to 11 U.S.C. §§ 105(a) and 542, to compel Juliana Riahi ("Debtor") and Ana Vlalukin ("Co-Owner")  to provide the Trustee with access to (i) 39 Main Street, Wachapreague, VA 23480, and (ii) vacation property known as Bravos De Boston, Vieques, Puerto Rico 07765  (hereafter, together referred to as the "Properties"); upon consideration of the Motion and the record herein; and  it appearing appropriate notice of the Motion was provided and no further notice is necessary; and it appearing that there is cause for granting the Motion; it is hereby

ORDERED that Juliana Riahi and Ana Vlalukin provide the Trustee, his agents, and any realtors or persons working at the direction of the Trustee, with full access to the Properties, including access to prepare market analyses of the Properties and to market the Properties for sale; full access to the Properties shall include, without limitation, providing the Trustee with  keys to the Properties, executing all reasonable, necessary, or appropriate documents to allow the Trustee access to the Properties, and

---

**Lauren Friend McKelvey, Esquire (VSB No. 78813)**
**Counsel for Trustee**
**ODIN FELDMAN & PITTLEMAN PC**
**1775 Wiehle Avenue, Suite 400**
**Reston, Virginia 20190**
**Phone:  703-218-2135**
**Fax:     703-218-2160**
Lauren.McKelvey@ofplaw.com

instructing the Debtor and the Co-Owner's agents and other persons in their control,

including any property management companies, to provide the Trustee with access to

the Properties.

Dated: _Sep 8 2015_____

/s/ Robert G. Mayer
_____
**ROBERT G. MAYER**
**United States Bankruptcy Judge**

Entered on docket: _September 8, 2015_____

I ask for this:

By: _____/s/ Lauren Friend McKelvey_____
Lauren Friend McKelvey, Esquire (VSB No. 78813)
Counsel for Trustee
ODIN FELDMAN & PITTLEMAN PC
1775 Wiehle Avenue, Suite 400
Reston, Virginia 20190
Phone: 703-218-2135
Fax:     703-218-2160
Lauren.McKelvey@ofplaw.com

## <u>CERTIFICATION PURSUANT TO LOCAL RULE 9022-1(C)</u>

I HEREBY CERTIFY that a true and accurate copy of the foregoing proposed order, was sent by U.S. mail, first class postage prepaid, on the 21st day of August, 2015, to the following:

Juliana Riahi
1226 Potomac School Road
McLean, VA 22101
  and
39 Main Street
Wachapreague, VA 23480

Ana Vlalukin
Apt 3A
244 East 60th Street
New York, N710022

Samantha Simmons Fredieu
Counsel to Ana Vlalukin
Hale Ball Carlson Baumgartner Murphy, PLC
10511 Judicial Drive
Fairfax, VA 22030

and via Notice of Electronic Filing upon Counsel to Debtor, the Office of the U.S. Trustee, and all registered users in this case pursuant to this Court's CM/ECF policy.

*/s/ Lauren Friend McKelvey*
Lauren Friend McKelvey

## PARTIES TO RECEIVE NOTICE OF ENTRY OF ORDER

**By Notice of Electronic Filing:**
Counsel for Trustee
Counsel for Debtor

**By Mail:**
Juliana Riahi
1226 Potomac School Road
McLean, VA 22101
  and
39 Main Street
Wachapreague, VA 23480

Ana Vlalukin
Apt 3A
244 East 60th Street
New York, N710022

Samantha Simmons Fredieu
Counsel to Ana Vlalukin
Hale Ball Carlson Baumgartner Murphy, PLC
10511 Judicial Drive
Fairfax, VA 22030

#2813461v1